IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIA COLE, | No. C 04-04449 WHA |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATED DISMISSAL** |
| GRAND LAKE GARDENS, DOES 1 to 10, inclusive, | |
| Defendants. | |

The stipulated dismissal of this action with prejudice pursuant to FRCP 41(a)(1) is **APPROVED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:  September 1, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE